United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADITXT, INC.,<br>Plaintiff.<br>v.<br>NEW DAY DIAGNOSTICS, LLC, et al.,<br>Defendants. | Case No. 24-cv-02988-RS<br><br>**ORDER TO SHOW CAUSE** |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure.

The hearing on the Order to Show Cause will be held on **October 15, 2026, at 10:30 AM**, before Judge Richard Seeborg, by Zoom videoconference (Zoom Webinar 160 659 5725. Password: 466459), San Francisco, California. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute

**IT IS SO ORDERED**.

Dated: September 10, 2026

RICHARD SEEBORG
United States District Judge